PATRICK FARRELL, Plaintiff in Error, *v.* THE PEOPLE of THE STATE OF NEW YORK, Defendant in Error.

(Submitted February 11, 1881; decided March 1, 1881.)

REPORTED below (21 Hun, 485). Decided on the facts.

*William F. Howe* for plaintiff in error.

*Daniel G. Rollins* for defendant in error.

EARL, J., reads for affirmance.
All concur.
Judgment affirmed.